JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VILLAGE RECORDER, | Case No. 2:24-cv-01869-RGK-MAAx |
| Plaintiff(s), | |
| v. | **ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** |
| VIDEO VILLAGE STUDIOS DTLA, et al. | |
| Defendant(s). | |

On June 14, 2024, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [11] ("OSC"), which ordered plaintiff to file proof of timely service of the summons and complaint on all defendants. To date, no response to the OSC has been filed. The Court finds no good cause for the delay in service and Plaintiff's failure to respond. The case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: 6/26/2024

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE